**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00793-CV

## IN THE INTEREST OF D.D., JR., A CHILD

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-10679**

## ORDER

This is an accelerated appeal in a parental rights termination case. The appellate record shows a "companion case" bearing trial court cause number **DF-15-22359**. Pursuant to Texas Rule of Appellate Procedure 34.5(c), *see* TEX. R. APP. P. 34.5(c), we **ORDER** the Dallas County District Clerk to prepare, certify, and file in this Court **within seven days from the date of this order** a supplemental clerk's record containing the following items from trial court cause number DF-15-22359:

> (1) the original petition in trial court cause number DF-15-22359, dated approximately May 25, 2017; all attachments thereto; and all other original, amended, and supplemental petitions in trial court cause number DF-15-22359 filed in 2017 or later;

> (2) the trial court's "ex parte order for emergency care and temporary custody" in trial court cause number DF-15-22359 dated approximately May 25, 2017; and

> (3) the trial court's "decree of termination" in trial court cause number DF-15-22359, dated approximately June 11, 2018, and all other purported final decrees and judgments in trial court cause number DF-15-22359 signed in 2018.

If no above-described petition or judgment in trial court cause number DF-15-22359 can be located, please file written certification as to that fact within seven days of the date of this order.

Because the appellate record in this case appears otherwise complete and appellant has filed her brief in this Court, appellee's brief in this Court remains due on October 28, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Dallas County District Clerk and the parties.

/s/     DOUGLAS S. LANG
           PRESIDING JUSTICE